AO 93   (Rev. 12/03) Search Warrant

## UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

739 ~~Encinas~~ First 2D Avenue, Apt. B
Calexico, CA  92231

**SEARCH WARRANT**

Case Number: **'07 MJ 8859**

FILED
OCT 23 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: Special Agent Zachary Delecki  and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Zachary Delecki   who has reason to believe
                                              Affiant

that ☐ on the person of, or ✓ on the premises known as (name, description and/or location)

739 ~~Encinas~~ First 2D Avenue, Calexico, California, 92231
(as more fully described in ATTACHMENT A)

in the   SOUTHERN   District of   CALIFORNIA   there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   October 28, 2007
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✓ in the daytime — 6:00 AM to 10:00 P.M.   ☐ ~~at anytime in the day or night~~ as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

PETER C. LEWIS   as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

10-18-07 @ 5:41 pm                             at   EL CENTRO, CA
Date and Time Issued                                City and State

Peter C. Lewis, U. S. Magistrate Judge              Signature of Judge
Name and Title of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 89B-SD-69954 | |
|---|---|---|
| DATE WARRANT RECEIVED 10/18/2007 | DATE AND TIME WARRANT EXECUTED 10/18/2007 9:51 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Cesar A. Dilan |
| INVENTORY MADE IN THE PRESENCE OF   SA R. Joseph Rothrock | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- miscellaneous papers
- home video security system (camera and monitor)
- black colored glass pipe
- ziploc bag of green leafy substance

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    10-23-07
Signature of Judge     Date

## ATTACHMENT A

DESCRIPTION OF PREMISE TO BE SEARCHED

The premise to be search is located at 739 ~~Encinas~~ *First* Ave., Apt. B, city of Calexico, county of Imperial, state of California. The premise to be searched is further described as one-half of a single-story duplex residence, located on the ~~southeast~~ *northwest* corner of Encinas Ave. and First St. It is beige in color, with a satellite dish on the roof, and the numerals "739" affixed to the edge of the roof above the front door.



## ATTACHMENT B

### ITEMS TO BE SEIZED

Items to be seized include:

a. Documents and items that are related to alien smuggling, including driver's licenses, telephone records, telephone bills, address and telephone books, video cameras, monitors, and recording equipment, canceled checks, receipts, bank records, journals, invoices, ledger books, and other financial documentation;

c. Documents and items that tend to show the identity of persons controlling, occupying, possessing, residing in, owning the premises, including keys, rental agreements and records, leases, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beepers or paging devices, rolodexes, telephone answering pads, storage records, vehicle records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditures, credit card and bank records, and personal identification and travel documents.